# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00386-CR

**Keith Anthony Collins, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 40396, THE HONORABLE STEVEN J. DUSKIE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Keith Anthony Collins filed with the trial court a motion requesting that the court release a pre-sentence investigation report that was used during a 2015 sentencing hearing, and the trial court denied the motion. *See Collins v. State*, No. 03-15-00629-CR, 2016 WL 768447, at *5 (Tex. App.—Austin Feb. 26, 2016, pet. ref'd) (mem. op., not designated for publication) (affirming Collins's conviction for aggravated robbery). After Collins filed a notice of appeal, the trial court certified that he has no right to appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). If a trial court does not certify that a defendant has the right to appeal, the appeal "must be dismissed." *See id.* R. 25.2(d). Accordingly, we dismiss the appeal for want of jurisdiction. *Cf. Collins v. State*, No. 03-21-00045-CR, 2021 WL 520449, at *1 (Tex. App.—Austin Feb. 12, 2021, no pet.) (determining that no statute grants defendants "the right to appeal the denial of a post-conviction motion seeking a copy of the pre-sentence investigation report" and dismissing appeal for want of jurisdiction).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed for Want of Jurisdiction

Filed:   September 24, 2021

Do Not Publish